# (November 4, 1983)

■ In the Matter of PHILIP P. DONDI, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — Motion by respondent (1) to reargue the motion to disaffirm the report of the special referee and to reargue that portion of this court's decision and order which suspended the respondent for a period of one year to amend the order to call for a punishment of less than suspension, (2) for leave to appeal to the Court of Appeals from the order of this court dated September 19, 1983, and (3) to stay the effective date of the suspension pending the reargument or in the alternative, pending determination of the appeal by the Court of Appeals. Motion denied in all respects. The temporary stay contained in the order to show cause dated October 14, 1983 is vacated and the one-year suspension as directed by the order dated September 19, 1983 is to commence this date, November 4, 1983. Mollen, P. J., Damiani, Lazer, Mangano and Brown, JJ., concur.

# (November 7, 1983)

■ CANDIDA BUSSI, Appellant, v ABRAHAM EISMANN et al., Respondents. — In an action, *inter alia*, to recover damages based on an oral employment contract, plaintiff appeals, by permission, from an order of the Appellate Term of the Supreme Court for the 9th and 10th Judicial Districts dated September 15, 1982, which reversed an order of the District Court of Nassau County (Griffin, J.), entered October 22, 1981, and granted defendants' motion for summary judgment. Order modified by granting defendants' motion for summary judgment except as to the cause of action based on fraud. As so modified, order affirmed, without costs or disbursements, and trial granted as to said cause of action. Contrary to the Appellate Term's finding, plaintiff has sufficiently set forth a cause of action based on fraud (see *Jo Ann Homes at Bellmore v Dworetz,* 25 NY2d 112; *Lanzi v Brooks,* 54 AD2d 1057). There are material issues of fact regarding plaintiff's fraud claim which require a trial. Damiani, J. P., Mangano, Gulotta and Brown, JJ., concur.